AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| QUIST, GORDON J | DISTRICT CT-WESTERN DIST, MICH | 05/06/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR STATUS | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 482 G.R. FORD FEDERAL COURTHSE<br>110 MICHIGAN NW<br>GRAND RAPIDS MI 49503-2363 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 19 A 10:43 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J | 05/06/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J | 05/06/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | AMERICAN EXPRESS | CREDIT CARD DEBT | J |
| 2. | U.S. BANK | CREDIT CARD DEBT | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  BANK ONE | A | Interest | J | T | | | | | |
| 2.  BANK ONE | A | Interest | J | T | | | | | |
| 3.  JOHN HANCOCK LIFE INSURANCE | | None | J | T | | | | | |
| 4.  NORTHWEST MUTUAL LIFE INS. | | None | L | T | | | | | |
| 5.  MACTAWA BANK | A | Interest | | | CLOSED | 6/30 | J | | |
| 6.  INDEPENDENT BANK | A | Interest | J | T | | | | | |
| 7.  BROKERAGE ACCT #2 | | | | | | | | | |
| 8.  LOOMIS SAYLES BOND CL 1 | B | Dividend | K | T | BUY | 1/22 | J | | |
| 9. | | | | | BUY | 2/5 | J | | |
| 10. | | | | | BUY | 3/5 | J | | |
| 11. | | | | | PARTIAL SALE | 7/19 | J | A | |
| 12.  JENSEN PORTFOLIO CLASS J | A | Dividend | | | SELL | 6/12 | K | B | |
| 13.  JULIUS BAER INTL EQUITY FUND CL A | C | Dividend | K | T | BUY | 2/2 | J | | |
| 14. | | | | | BUY | 4/4 | J | | |
| 15. | | | | | PARTIAL SALE | 7/19 | J | B | |
| 16. | | | | | PARTIAL SALE | 7/26 | J | B | |
| 17. | | | | | PARTIAL SALE | 8/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | BUY | 11/26 | J | | |
| 19. RANIER SMALL/MID CAP EQUITY PORTFOLIO | C | Dividend | K | T | PARTIAL SALE | 7/19 | J | B | |
| 20. | | | | | PARTIAL SALE | 7/31 | J | B | |
| 21. | | | | | PARTIAL SALE | 8/10 | J | B | |
| 22. | | | | | PARTIAL SALE | 8/16 | J | A | |
| 23. RS GLOBAL NATURAL RESOURCES | | None | | | SELL | 1/2 | K | A | |
| 24. TCW GALILEO DIVIDEND FOCUSED FUND | A | Dividend | | | SELL | 7/31 | J | C | |
| 25. THIRD AVE REAL ESTATE VALUE FUND | | None | | | SELL | 6/12 | J | A | |
| 26. US TRUST CO NA 5.15% 07 CD FDIC INS DUE 1/18/07 | A | Interest | | | MATURED | 1/18 | J | | |
| 27. THIRD AVENUE VALUE FUND | A | Dividend | K | T | BUY | 1/24 | J | | |
| 28. | | | | | BUY | 2/2 | J | | |
| 29. | | | | | BUY | 2/5 | J | | |
| 30. | | | | | BUY | 2/7 | J | | |
| 31. | | | | | PARTIAL SALE | 8/16 | J | | |
| 32. LASALLE BANK NA 5.1% 07 CD FDIC INS DUE 2/8/07 | A | Interest | | | MATURED | 2/8 | J | | |
| 33. MACATAWA BANK NA 5.05% 07 CD FDIC DUE 2/28/07 | A | Interest | | | MATURED | 2/28 | J | | |
| 34. US TRUST CO NA 5.0% 07 CD FDIC INS DUE 3/13/07 | A | Interest | | | MATURED | 3/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PACIFIC CAPITL BK 5.1% 07 CD FDIC INS DUE 3/16/07 | A | Interest | | | MATURED | 3/16 | J | | |
| 36. | | | | | BUY | 1/3 | J | | |
| 37. SCHWAB DEPOSIT ACCOUNT | A | Interest | K | T | | | | | |
| 38. RESPONSE GENETICS INC | | None | J | T | BUY | 9/12 | J | | |
| 39. | | | | | BUY | 9/14 | J | | |
| 40. | | | | | BUY | 9/27 | J | | |
| 41. | | | | | BUY | 10/26 | J | | |
| 42. | | | | | BUY | 11/07 | J | | |
| 43. CAPMARK BANK NA 5.0% 07 FDIC INS DUE 4/24/07 | A | Interest | | | BUY | 1/18 | J | | |
| 44. | | | | | MATURED | 4/24 | J | | |
| 45. MORGAN STANLEY BK 5.2% 08 CD FDIC INS DUE 2/7/08 | | None | J | T | BUY | 2/1 | J | | |
| 46. LASALLE MIDWEST 4.95% 07 CD FDIC INS DUE 6/7/07 | A | Interest | | | BUY | 3/2 | J | | |
| 47. | | | | | MATURED | 6/7 | J | | |
| 48. UNIVERSITY NATL 4.15% 07 CD FDIC INS DUE 6/14/07 | A | Interest | | | BUY | 3/5 | J | | |
| 49. | | | | | MATURED | 6/14 | J | | |
| 50. AMERICAN BK NA 4.95% 07 CD FDIC INS DUE 5/21/07 | A | Interest | | | BUY | 3/8 | J | | |
| 51. | | | | | MATURED | 5/21 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. WASHINGTON MU BK 4.95% 07 CD FDIC INS DUE 5/30/07 | A | Interest | | | BUY | 3/23 | J | | |
| 53. | | | | | MATURED | 5/30 | J | | |
| 54. MORGAN STANLEY BK 4.9% 07 CD FDIC INS DUE 7/9/07 | A | Interest | | | BUY | 5/7 | J | | |
| 55. | | | | | MATURED | 7/9 | J | | |
| 56. AMERICAN BK NA 4.95% 07 CD FDIC INS DUE 7/31/07 | A | Interest | | | BUY | 5/22 | J | | |
| 57. | | | | | MATURED | 7/31 | J | | |
| 58. CAROLINA FIRST BK 5.0% 07 CD FDIC INS DUE 8/13/07 | A | Interest | | | BUY | 6/6 | J | | |
| 59. | | | | | MATURED | 8/13 | J | | |
| 60. LASALLE MIDWEST 5.2% 08 FDIC INS DUE 6/20/08 | | None | J | T | BUY | 6/12 | J | | |
| 61. CAPMARK BANK NA 5.15% 07 CD FDIC INS DUE 12/20/07 | A | Interest | | | BUY | 6/18 | J | | |
| 62. | | | | | MATURED | 12/20 | J | | |
| 63. DISCOVER BANK NA 5.35% 08 CD FDIC INS DUE 9/29/08 | A | Interest | J | T | BUY | 6/22 | J | | |
| 64. CAPMARK BANK NA 5.15% 08 CD FDIC INS DUE 1/7/08 | | None | J | T | BUY | 6/27 | J | | |
| 65. LASALLE MIDWEST 5.1% 08 CD FDIC INS DUE 1/18/08 | | None | J | T | BUY | 7/10 | J | | |
| 66. INDYMAC BANK NA 5.2% 07 CD FDIC INS DUE 9/24/07 | A | Interest | | | BUY | 8/15 | K | | |
| 67. | | | | | MATURED | 9/24 | K | | |
| 68. BANK HAPOALIM NA 5.2% 07 CD FDIC INS DUE 10/24/07 | A | Interest | | | BUY | 8/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | MATURED | 10/24 | J | | |
| 70. INDYMAC BANK NA 5.1% 07 CD FDIC INS DUE 10/15/07 | A | Interest | | | BUY | 9/4 | K | | |
| 71. | | | | | MATURED | 10/15 | K | | |
| 72. BANK HAPOALIM NA 5.25% 07 CD FDIC INS DUE 10/19/07 | A | Interest | | | BUY | 9/12 | J | | |
| 73. | | | | | MATURED | 10/19 | J | | |
| 74. ARTHUR ST BK NA 4.9% 07 CD FDIC INS DUE 10/29/07 | A | Interest | | | BUY | 9/26 | J | | |
| 75. | | | | | MATURED | 10/29 | J | | |
| 76. MORGAN STANLEY BK 4.8% 08 CD FDIC INS DUE 1/31/08 | | None | J | T | BUY | 10/26 | J | | |
| 77. DISCOVER BANK NA 4.65% 08 CD FDIC INS DUE 1/28/08 | | None | K | T | BUY | 11/19 | K | | |
| 78. CNL BANK NA 4.8% 08 CD FDIC INS DUE 1/22/08 | | None | K | T | BUY | 12/11 | K | | |
| 79. BANCO BILBAO PR 4.75% 08 CD FDIC INS DUE 1/28/08 | | None | K | T | BUY | 12/17 | K | | |
| 80. INTERNATL BK NA 4.55% 08 CD FDIC INS DUE 3/20/08 | | None | J | T | BUY | 12/17 | J | | |
| 81. GE MONEY BANK NA 4.55% 08 CD FDIC INS DUE 6/26/08 | | None | J | T | BUY | 12/17 | J | | |
| 82. BROKERAGE ACCT #1 | | | | | | | | | |
| 83. SCHWAB TAX EXEMPT FUND (listed on line 3 of 2006 report) | A | Dividend | J | T | | | | | |
| 84. RS GLOBAL NATURAL RESOURCES FD | A | Dividend | J | T | PARTIAL SALE | 12/11 | J | A | |
| 85. VANGUARD SM CAP GR INDEX | A | Dividend | | | SELL | 10/5 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | PARTIAL SALE | 1/5 | J | B | |
| 87. BROKERAGE ACCT #3 (FORMERLY #4) | | | | | | | | | |
| 88. RANIER SMALL/MID CAP | A | Dividend | J | T | | | | | |
| 89. SCHWAB DEPOSIT ACCOUNT | A | Interest | J | T | | | | | |
| 90. DISCOVER BANK NA 4.7% 08 CD FDIC INS DUE 4/30/08 | | None | J | T | BUY | 12/26 | J | | |
| 91. INDYMAC BANK NA 5.1% 07 CD FDIC INS DUE 10/15/07 | A | Interest | | | MATURED | 10/15 | J | | |
| 92. | | | | | BUY | 9/6 | J | | |
| 93. CHINATRUST USA BK 4.7% 07 CD FDIC INS DUE 12/17/07 | A | Interest | | | MATURED | 12/17 | J | | |
| 94. | | | | | BUY | 11/13 | J | | |
| 95. BROKERAGE ACCT #4 (FOMERLY #5) | | | | | | | | | |
| 96. RANIER SMALL/MID CAP EQUITY PORTFOLIO | A | Dividend | J | T | PARTIAL SALE | 12/11 | J | A | |
| 97. | | | | | BUY | 1/25 | J | | |
| 98. RS GLOBAL NATURAL RESOURCES FUND | | None | | | SELL | 1/2 | J | | |
| 99. SCHWAB DEPOSIT ACCOUNT | A | Interest | J | T | | | | | |
| 100. GE MONEY BANK NA 4.6% 08 CD FDIC INS DUE 3/28/08 | | None | J | T | BUY | 12/26 | J | | |
| 101. RESPONSE GENETICS INC | | None | J | T | BUY | 11/7 | J | | |
| 102. THIRD AVENUE VALUE FUND | A | Dividend | J | T | PARTIAL SALE | 12/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | BUY | 4/26 | J | | |
| 104. | | | | | BUY | 2/7 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J | 05/06/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

In section VII. Investments and Trusts, the investment labeled "Schwab Tax Exempt Fund" that was listed on line 3 of the 2006 report was moved to line 83 in this year's report so that all the investments in "brokerage account #1" were listed together.

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J | 05/06/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544